UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT COURT OF NORTH CAROLINA

FILED
CHARLOTTE, NC
OCT 30 2024
US DISTRICT COURT
WESTERN DISTRICT OF NC

JAMAAL GITTENS

Petitioner,

Vs.

DEPARTMENT OF ~~TRANSPORTATION~~ Motor Vehicles

Defendant

3:24-cv-970-FDW

PETITION FOR WRIT OF MANDAMUS

COMES NOW Jamaal Gittens with petition for Writ of mandamus, The Supreme Court chose not to provide relief, acknowledge grievance of its concerned citizen, which leads me to seek remedy within your jurisdiction, to order Motor vehicles to reinstate my driving privileges, they haven't demonstrated grounds why it should remain in suspension status case 24CV010830-590

Argument

I received notice of suspension from NC Department of motor vehicle stating that my license will be suspended 01/30/24 for failure to comply with an out of state citation, I was informed to contact DMVSC Motor vehicles division, I called them, spoke with agent Estes 8069; there wasn't any record of a noncompliance in there system. I had written NC Department of Motor vehicles, Informed them there weren't any violations in DMVSC database. In 2014 DMVNC suspended my license claiming a noncompliance in SC; they were incorrect, license had to be reinstated. February 20, 2024 I got pulled over by a state trooper in SC, commercial vehicle; The officer told me my license was suspended, I called NC Department of motor vehicle, the agent said it was suspended for a failure to comply with an out of state citation in SC, next, I called DMVSC Motor vehicles Division, spoke with agent Denise, there wasn't anything restrictions showing. The state trooper officer white, found no violations is his data base.

I went to SC Department of motor vehicle to retrieved a three year motor vehicles report, my license is active, I have no issues the state of South Carolina, The DMV agent did a thorough record search February 21, 2024 I called NC Department of motor vehicle again, spoke with Valerie from the adjudication Unit; I asked for the fax, so I can send over the certified copy of the motor vehicles report, that demonstrates there's no compliance issues in SC, she refused to accept it, said she needed conformation form SC to remove the non compliance.

February 23 2024 I emailed Jackie Mitchell, "States Record coordinator" to have my have my license restored, she said its currently showing fines owed in south Carolina, I need to contact them. I told her to check National Drivers Registry (NDR) which a data base that shows violations, suspensions from others states she did, and acknowledge there weren't anything issues showing in South Carolina, but still refused to reinstate my driver's license. I filed suit against Jackie Mitchell, department of motor vehicle, because I was being denied substantive, Procedural Due process, "Due process is flexible and calls for such procedural protections as the particular situation demands, Mathews v. Eldridge, 424 U.S. 319, 334 (1976) the "essential requirements of due process are notice and an opportunity to respond." Cleveland Bd. of Educ. v. Loudermill, 470 U.S. 532, 546 (1985). The "fundamental requirement of due process is the opportunity to be heard 'at a meaningful time and in a meaningful manner. Mathews, 424 U.S. at 333 Armstrong v. Manzo, 380 U.S. 545, 552 (1965) I provided two certified MVR from DMVSC in district court, that demonstrated there wasn't any compliance issues in SC, the defendants didn't rebuttal that material. July 2024 I filed a motion for summary judgment, which hasn't been contested; district court hadn't ruled, so I filed a petition for mandamus to North Carolinas Supreme Court September 2024, it was denied October 16, 2024

## Conclusion

The Fourteenth Amendments forbids being deprived of life, liberty, property, without due process of law. The Supreme Court made it clear that a person interest in his driver's license is "property" the state may not take away without satisfying the requirements of the due process guarantee of the fourteenth amendment Dixon v Love 431 U.S 105(1977) The defendants didn't provide proof, evidence in state court, regards to a non compliance, that justifies a suspension, I petition a Writ of mandamus ordering motor vehicles to restate my driving privileges

_____

Type or printed notary name

_____Seal

- Place Notary Signature Above –

_____

My commission expires

_____Date

Jamaal A Gittens

1206 Marlene Street

Charlotte NC 28208

(704) 975-8173

*[signature]*