UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-00970-FDW-SCR

| JAMAAL GITTENS, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| DEPARTMENT OF MOTOR VEHICLES, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court *sua sponte* regarding the status of this case. On October 30, 2024, Plaintiff filed this lawsuit and moved for leave to proceed in forma pauperis. (Doc. Nos. 1, 2.) On November 25, 2024, the Court denied Plaintiff's motion for leave to proceed in forma pauperis and directed Plaintiff to pay the full filing fee within twenty-one days. (Doc. No. 4.) Plaintiff then appealed the Court's Order to the Fourth Circuit Court of Appeals. (Doc. Nos. 6–8.)

On November 3, 2025, the Fourth Circuit Court of Appeals "den[ied] [Plaintiff's] motion to grant relief in the underlying action and affirm[ed] the district court's order denying leave to proceed in forma pauperis." (Doc. No. 17.) Accordingly, Plaintiff cannot proceed in forma pauperis and must pay the filing fee. The Court will require Plaintiff to pay the filing fee in full by November 18, 2025.

**IT IS THEREFORE ORDERED** that Plaintiff must pay the filing fee in full by November 18, 2025. <u>**If Plaintiff fails to pay the filing fee in accordance with this Order and within the time limit set by the Court, this action will be dismissed without prejudice and without further notice to Plaintiff.**</u>

**IT IS SO ORDERED.**

Signed: November 4, 2025

Frank D. Whitney
Senior United States District Judge